IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHER DIVISION
No. 7:15-CV-276-D

| | | |
|---|---|---|
| FILTALERT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, and | ) | |
| LENOVO (UNITED STATES) INC., | ) | |
| | ) | |
| Defendants. | ) | |

On December 29, 2015, this case was transferred from the United States District Court for the Southern District of Florida [D.E. 60]. Before the transfer, Judge Gayles stayed the action pending his ruling on the motion to transfer. On January 27, 2016, plaintiff filed a motion to lift the stay [D.E. 70]. On February 17, 2016, defendants responded to the motion [D.E. 73, 74].

The motion to lift the stay [D.E. 70] is GRANTED. The parties shall conduct their Rule 26(f) meeting in accordance with this court's April 7, 2016 order. See [D.E. 80].

SO ORDERED. This 19 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge