UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILTALERT CORPORATION, )
)
    Plaintiff, ) Case No.: 7:15-cv-00276
)
v. )
)
INTERNATIONAL BUSINESS MACHINES )
CORPORATION and )
LENOVO (UNITED STATES) INC., )
)
    Defendants. )
_____ )

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Filtalert Corporation and Defendant Lenovo (United States) Inc., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Lenovo (United States) Inc., by Plaintiff Filtalert Corporation, are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each Party incurring the same.

SO ORDERED this **17** day of **October**, 2016.

By: _____
    UNITED STATES DISTRICT JUDGE